

# Fourth Court of Appeals
## San Antonio, Texas

August 30, 2019

No. 04-19-00539-CV

Cristina **PADILLA,**
Appellant

v.

**RED LOBSTER OF TEXAS, INC.,**
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-21243
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

On August 8, 2019, Cristina Padilla filed a notice of appeal, stating that she is appealing from the trial court's judgment dismissing her claims against Red Lobster Hospitality, LLC. The clerk's record contains the trial judge's July 29, 2019 notes, which indicate that a hearing was held on Red Lobster's summary judgment motion and the motion was granted. However, the clerk's record does not contain a signed judgment granting the motion and dismissing Padilla's claims against Red Lobster.

The general rule is that an appeal may be taken only from a final judgment. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). "A judgment is final for purposes of appeal if it disposes of all pending parties and claims in the record." *Id*. Because the clerk's record in this case does not contain a signed judgment disposing of all parties and claims, it appears that we lack jurisdiction over this appeal.

Accordingly, we ORDER Padilla, **on or before September 27**, **2019**, to show cause in writing why this appeal should not be dismissed for lack of jurisdiction. All appellate deadlines are suspended pending our determination of whether we have jurisdiction over this appeal.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of August, 2019.



KEITH E. HOTTLE,
Clerk of Court